**FILED**

12/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0461

IN THE SUPREME COURT OF THE STATE OF MONTANA

|  |  |
|---|---|
| ) | Cause No. DA-21-0461 |
| ) | |
| STATE OF MONTANA, ) | |
| ) | ORDER |
| Plaintiff and Appellee ) | |
| and ) | |
| ) | |
| MELISSA ANN TRAINER, ) | |
| ) | |
| Respondent and Appellant ) | |

Upon review of Respondent's Motion for Extension for Filing Opening Brief, and good cause therefrom:

It is Hereby ORDERED the Respondent's Motion for Extension to file Opening Brief has been granted. Appellant shall have until February 9, 2022, within which to file the opening brief.

cc: Jami Rebsom
    Rebecca Swandal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2021